CT Corporation

**Service of Process Transmittal**
09/20/2013
CT Log Number 523539821

**TO:** Hattie Booth
Allstate Insurance Company
2775 Sanders Road, Corp Litigation --A2East
Northbrook, IL 60062-6127

**RE:** **Process Served in Oregon**

**FOR:** Allstate Fire and Casualty Insurance Company (Domestic State: IL)

---

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Columbia Medical Clinic, P.C., etc., Pltf. vs. Allstate Fire and Casualty Insurance Company, etc., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Attachment, Complaint, Request for Production |
| **COURT/AGENCY:** | Multnomah County Circuit Court, OR<br>Case # 130913162 |
| **NATURE OF ACTION:** | Insurance Litigation - Policy benefits claimed for medical services rendered - Seeking $15,000 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Salem, OR |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 09/20/2013 at 10:45 |
| **JURISDICTION SERVED :** | Oregon |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days from date of service |
| **ATTORNEY(S) / SENDER(S):** | Robert Le<br>7318 N Leavitt Ave.<br>Portland, OR 97203<br>503-847-2747 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 09/20/2013, Expected Purge Date: 09/25/2013<br>Image SOP<br>Email Notification, Patti Cummings pgarq@allstate.com<br>Email Notification, Bill Boodro wboodro@allstate.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Denise Wipper |
| **ADDRESS:** | 388 State St., Suite 420<br>Salem, OR 97301 |
| **TELEPHONE:** | 503-566-6883 |

Page 1 of  1 / KD

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

1045
AM

1

2

3

4

5          IN THE CIRCUIT COURT OF THE STATE OF OREGON

6             FOR THE COUNTY OF MULTNOMAH

7   COLUMBIA MEDICAL CLINIC, P.C., an      )   Case No.:  **1309-13162**
    Oregon Corporation,                    )
8                                          )
                    Plaintiff,             )
9                                          )   SUMMONS
               v.                          )
10                                         )
                                           )
11  ALLSTATE FIRE AND CASUALTY             )
    INSURANCE COMPANY, an Illinois         )
12  Corporation.                           )
                                           )
13                  Defendant.             )

14          TO:    ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY
15                 c/o Registered Agent, CT Corporation Systems
                   388 State Street, Ste. 420
16                 SALEM, OR 97301

17          You are hereby required to appear and defend the complaint filed against you in the
    above-entitled action within thirty (30) days from the date of service of this summons upon you,
18  and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the
    relief demanded in the complaint.
19

20          **NOTICE TO THE DEFENDANT:  READ THESE PAPERS CAREFULLY!**

21  You must "appear" in this case or the other side will win automatically.
    To "appear" you must file with the court a legal paper called a "motion" or      Robert Le, OSB# 094167
22  "answer."  The "motion" or "answer" must be given to the court clerk or          5895 Jean Road, Ste. 110
    administrator within 30 days along with the required filing fee.  It must be     Lake Oswego, OR 97035
    in proper form and have proof of service on the plaintiff's attorney or, if the
23  plaintiff does not have an attorney, proof of service upon the plaintiff.

24          If you have any questions, you should see an attorney immediately.  If you need help in
25  finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763
    or toll-free in Oregon (800) 452-7636.

26

Page 1 of 2 - SUMMONS                                                 Robert Le, P.C.
                                                                5895 Jean Road, Suite 110
                                                                 Lake Oswego, OR 97035
                                                          T. 503.379.1901 F. 888.527.9591

1

2  STATE OF OREGON     )
                   )ss.

3  County of Multnomah    )

4      I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and

5  complete copy of the original summons in the above-entitled action.

6                          Law Offices of Robert Le, P.C.

7

8

9                          Robert Le, OSB #094167
                          *Of Attorney for Plaintiff*

10

11  *TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS. You are hereby directed to*

12  *serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you*

13  *shall attach hereto.*

14                          Law Offices of Robert Le, P.C.

15

16

17                          Robert Le, OSB #094167
                          *Of Attorney for Plaintiff*

18

19

20

21

22

23

24

25

26

Page 2 of 2 - SUMMONS

Robert Le, P.C.
5805 Jean Road, Suite 110
Lake Oswego, OR 97035
T 503.379.1901 F. 888.527.9501