**James E. Shadduck**, OSB #870830
E-mail: jim@shadducktriallaw.com
LAW OFFICES OF JAMES E. SHADDUCK
7318 N Leavitt Avenue
Portland, OR  97203
Telephone: (503) 847-2747
Facsimile: (503) 980-7881

Attorney for Plaintiff


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


| | |
|---|---|
| **COLUMBIA MEDICAL CLINIC, P.C.**,<br>an Oregon Corporation, | Civil No. 3:13-cv-01879-PK |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | (Pursuant LR 41) |
| **ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY**, an Illinois Corporation, | |
| Defendant. | |

Pursuant to LR 41-1, Plaintiff hereby gives notice of dismissal of the

above action with prejudice and without costs or attorney fees as to any party.

DATED:  February 11, 2014

By _____

**James E. Shadduck**, OSB #870830
Telephone: 503.847.2747
Attorney for Plaintiff